

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

United States of America

## SUMMONS IN A CIVIL CASE

**V.**

Monticello New York Villas Limited Partnership,
John Does Nos. 1-10 and Jane Does Nos. 1-10

CASE NUMBER:

**'07 CIV 9890**

**JUDGE CONNER**

TO: (Name and address of defendant)

Monticello New York Villas Limited Partnership
9 Genesee Park
Geneva, New York  14456

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Garcia
United States Attorney for the Southern District of New York
By:  Carolina A. Fornos, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY  10007

an answer to the complaint which is herewith served upon you, within _____ 30 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOV - 8 2007

J. MICHAEL McMAHON

CLERK

_____
(BY) DEPUTY CLERK

DATE

AFFIDAVIT OF SERVICE

07 CIV 9890

Date Purchased: __November 8, 2007__

Date Filed: _____

Court Date: _____

**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

**COUNTY**

ATTORNEY(S): Carolina A. Fornos AUSA :  U.S. Attorney's Office - SDNY   PH: 212-637-2740

ADDRESS: 86 Chambers Street  New York  N.Y.  10007     File No.:

*UNITED STATES OF AMERICA,*

*VS.*

*MONTICELLO NEW YORK VILLAS LIMITED PARTNERSHIP, et al.,*

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF __NEW YORK__ , COUNTY OF __ONTARIO__ SS.:

__GARY M DEVANEY__ , being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age. On __11/20/07__ at __10:43AM__

at __9 GENESEE PARK  GENEVA, NEW YORK 14456__ , deponent served the within

__Summons In A Civil Case, Complaint, Notice of Pendency, Judge's Rules, and Electronic Case Filing Instructions__

with Index Number __07 CIV 9890__ , and Date Purchased __November 8, 2007__ endorsed thereon,

on:    **MONTICELLO NEW YORK VILLAS LIMITED PARTNERSHIP** , __Defendant__ therein named.

#1 INDIVIDUAL [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 CORPORATION [X]  By delivering to and leaving with __ALAINE T. ESPENSCHEID, ATTY__ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

#3 SUITABLE AGE PERSON [ ]  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [ ] actual place of business   [ ] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR [ ]  By affixing a true copy of each to the door of said premises, which is recipient's:   [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

#5 MAIL COPY [ ]  On _____ , deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____ Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

on the _____ day of _____ at _____

#6 NON-SRVC [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:  [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding [ ] Address does not exist   [ ] Other: _____

#7 DESCRIPTION [X]  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex __FEMALE__   Color of skin __WHITE__   Color of hair __GRAY__   Age __55-70__   Height __5'4-5'8__ es: __GLASSES__

ing expenses were paid (tendered) to the recipient.

e recipient was presently in military service of the United States Government or of the State of informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

*Alaine T. Espenscheid*

Attorney at Law

(315) 781-6311

FAX: (315) 781-5476

9 Genesee Park

Geneva, New York 14456

*2007*

X  *Gary M Devaney*

Process Server

Please Print Name Below Signature

__GARY M DEVANEY__

WINIFRED C. SCUTT

Notary Public, State of New York

Ontario County, No. 4614971

Commission Expires Nov. 30, 2009

Invoice•Work Order # 0756056

*CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 -TEL 516-333-6380 • FAX 516-333-6382*