UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOTICE OF SALE

07 Civ. 9890 (WCC)(LMS)

Pursuant to a Consent Judgment of Foreclosure and Sale of the United States District Court for the Southern District of New York, entered in the Office of the Clerk on April 4, 2008, in the case entitled <u>United States of America v. Monticello New York Villas Limited Partnership</u>, 08 Civ. 9890 (WCC)(LMS), the United States Marshal, or an authorized representative, will sell in one parcel at public auction on the steps of the Sullivan County Courthouse, Broadway and Bank Street, Monticello, New York, on June 13, 2008, at 12:00 noon, the property in said Judgment described and therein directed to be sold.  Interested parties are referred to the Complaint for a description of the property, which may be briefly described as follows:  The land and building thereon known as 450 West Broadway, Monticello, New York.

The sale will be held by public auction in accordance with the terms of sale, rules and procedures of the United States District Court for the Southern District of New York and 28 U.S.C. §§ 2001 and 2002.  Copies of the Complaint, judgment and the complete terms of sale are on file at the Sullivan County Clerk's Office under index number 2008-168.

The minimum bid price may be obtained by calling the Rural Housing Service at (845) 343-1872, extension 4, any business day after June 6, 2008.  A deposit equal to ten percent (10%) of the

final bid must be submitted by cash or certified check at the time of bid. The United States Marshal for the Southern District of New York or his duly authorized representative is authorized to reject any final price received if in his opinion such bid is not fair or reasonable.

Dated:   New York, New York
         April 21, 2008

                                    _____
                                    JOSEPH R. GUCCIONE
                                    United States Marshal for the
                                    Southern District of New York