```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                   :    ECF CASE
UNITED STATES OF AMERICA,          :
                                   :
            Plaintiff,             :    AFFIDAVIT OF SERVICE
                                   :
     v.                            :
                                   :    07 Civ. 9890 (WCC)(LMS)
MONTICELLO, NEW YORK, VILLAS       :
LIMITED PARTNERSHIP,               :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - -x
```

I, DAVID FELDMAN, a citizen of the United States, over 18 and not a party to this action, make the following declaration. On April 28, 2008, I served (1) the Notice of Sale, (2) the Terms of Sale, and (3) a copy of the Consent Judgment of Foreclosure and Sale and for the Appointment of a Temporary Receiver in this action on the following parties by sending said document by First Class Mail, addressed as follows:

>    Monticello, New York, Villas Limited Partnership
>    9 Genesee Park
>    Geneva, NY 14456
>    Attn: Alaine T. Espenscheid, Esq.

Dated:   New York, New York                _____
         April 28, 2008                    David Feldman